UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| CHUCK B. MCKINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:19-CV-060-CHB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby

**ORDERS** and **ADJUDGES** as follows:

1. The decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards;

2. This matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This judgment is **FINAL** and **APPEALABLE**.

This the 12th day of August, 2020.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY